```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF MINNESOTA

EQUAL EMPLOYMENT OPPORTUNITY       )
COMMISSION,                        )
                                   )
              Plaintiff,           )
     v.                            )    Civil No. 05-2122 DSD/SRN
                                   )
KCD CONSTRUCTION, INC.,            )    ORDER
                                   )
              Defendant.           )
```

Based on the Stipulation for Protective Order between the parties signed by their respective counsel, **IT IS  HEREBY ORDERED** that the parties shall abide by all terms and duties outlined in the Stipulation for Protective Order [Doc. No. 47].

Dated: March 15, 2006              s/ Susan Richard Nelson
                                                    Susan Richard Nelson
                                                    United States Magistrate Judge